IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-rj-001

Steven B Silverstein,

    Plaintiff,

v.

Jeffrey Wolf, individually, Jean Wolf, Individually, JTG Ventures, LLC, ORB Ltd,

    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2022

JEFFREY P. COLWELL
CLERK

RESPONSE TO APPLICATION FOR WRIT OF CONTINUING GARNISHMENT (RAPID PARK HOLDING CORPORATION, GARNISHMENT)

Mr and Mrs. Jeffrey Wolf (JTG Ventures LLC and ORB LTD) object to the above Application for the following reasons:

1. Mr. Silverstein has not made ANY DEMANDS upon the judgement debtors for payment of all or any part of the judgement at any time.

That is another fabrication of the truth Mr Capron so often uses.
Mr. Capron and Mr. Silverstein need to display evidence that any demands were made to collect the monies.

We also believe that the monies that Mr. Silverstein are seeking are exempt from assets not subject to garnishment.

2. Mr. Wolf has NO financial obligations to the IRS or any other entities nor has he transferred any properties illegally or committed fraud.

There is no outstanding judgement against Mr. Wolf nor illegal transfer of properties and this is again a lie perpetuated by Mr. Capron and Mr. Silverstein to misrepresent and present false information about Mr. Wolf.

In conclusion, Jeffrey and Jean Wolf, JTG Ventures LLC and ORB LTD, contest the application for Writ of Continuing Garnishment, as we believe the assets are not subject to garnishment.

Respectfully Submitted by,

*Jean and Jeffrey Wolf* [signatures]

PO Box 773738, Steamboat Springs, CO 80477
917 951-8338 and 917 224-8690

Certificate of Service to:  February 11, 2022

Stephen Capron
Capron and Edwards PLLC
601 So. Boulder Ave
Tulsa, Oklahoma 74119

**PRIORITY MAIL FLAT RATE ENVELOPE** POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM:
Jennyfer Wolf
PO B 773738
SBS CO 60477

TO:
US District Court
For the District of
Colorado
901 19th Street
Denver CO
80294

Attn: Clerk's Office



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

Retail

US POSTAGE PAID
$8.95
Origin: 33460
02/11/22
1150270432-8

PRIORITY MAIL 2-DAY®

0 Lb 1.60 Oz
1006
C044

EXPECTED DELIVERY DAY: 02/14/22

SHIP TO:
901 19TH ST
DENVER CO 80294-2500

USPS TRACKING® #

9505 5153 9786 2042 7422 95

USPS.COM/PICKUP

OD: 12 1/2 x 9 1/2

PS00001000014

FLAT RATE ■ ANY WEIGHT
TRACKED