# IN THE UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

Plaintiff,

vs.

Defendant.

_____

## WRIT OF EXECUTION
_____

TO THE MARSHAL OF THE DISTRICT OF COLORADO:

YOU ARE HEREBY COMMANDED TO levy upon the property, goods, chattels, lands and tenements of the above named defendant(s), _____ _____, found in your district to enforce the payment of the judgment obtained against said defendant(s), _____ _____, and in favor of the above-named plaintiff(s) _____, in the principal sum of $_____, with costs taxed of $_____, together with interest of _____% per annum from the date of the entry of said judgment on _____, 20____. The said judgment now remains unsatisfied on the records in this office, except for the payments made on the dates as follows: _____.

    That you make a return of this Writ of Execution, showing in what manner you have executed the same, and upon what property of the defendant(s), you have made levy and/or money received. Also you shall include your fees which shall be taxed as costs. That you file this Writ with the Clerk of this Court within 90 days.

WITNESS my hand and seal of the above-captioned court at Denver, Colorado, this _____ day of _____, 20____.

JEFFREY P. COLWELL, Clerk

_____ By:
Attorney for Plaintiff(s) Deputy Clerk    _____
_____            Deputy Clerk
Address

_____
City, State, Zip Code