**SAHN WARD BRAFF KOBLENZ PLLC**
ATTORNEYS AT LAW
THE OMNI
333 EARLE OVINGTON BOULEVARD
SUITE 601
UNIONDALE, NEW YORK 11553

TELEPHONE: (516) 228-1300
TELECOPIER: (516) 228-0038
E-MAIL: INFO@SAHNWARD.COM
WWW.SAHNWARD.COM

ANDREW M. ROTH
Partner
aroth@sahnward.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 11 2022

JEFFREY P. COLWELL
CLERK

April 7, 2022

Jeffrey P. Colwell, Clerk of the Court
United States District Court, District of Colorado
901 19th Street, Room A-105
Denver, Colorado 80294-3589

Re:   Steven B. Silverstein v. Jeffrey A. Wolf, JTG Ventures, LLC, Jean Wolf, ORB Ltd.
      **Case No.: 1:22-rj-001**

Dear Mr. Colwell:

This office represents non-party Rapid Park Holding Corporation ("Rapid Park"), the named Garnishee in a Writ of Continuing Garnishment, dated February 23, 2022, issued by this Court in connection with the above-referenced proceeding (the "Writ"). We write on Rapid Park's behalf to advise that Rapid Park objects to the Writ on the grounds that the United States District Court for the District of Colorado lacks *in personam* jurisdiction over Rapid Park. Rapid Park is a Delaware corporation that maintains its principal place of business in New York. Further, Rapid Park only transacts business and operates in the State of New York and does not have any contacts with the State of Colorado. As a result, the Writ is invalid and cannot be enforced.

Notwithstanding, and without waiving Rapid Park's objections to the Writ, and subject thereto, Rapid Park submits the signed "Questions to be Answered by Garnishee" herewith. None of the questions are applicable to Rapid Park as Rapid Park did not and does not pay or owe wages, salary, commissions or other compensation for personal services to the Judgment Debtor; or health, accident or disability insurance premiums to or on behalf of the Judgment Debtor; or pension or retirement benefits to or on behalf of the Judgment Debtor. Further, Rapid Park is not under any other Writ of Continuing Garnishment or Writ of Garnishment for Support.

SAHN WARD BRAFF KOBLENZ PLLC
Jeffrey P. Colwell
April 7, 2022
Page 2

        Thank you for your attention to this matter.

                              Very truly yours,

                              Andrew M. Roth

Enclosure
AMR/tjm
cc: Stephen J. Capron, Esq.

Case 1:22-rj-00001 Document 9 Filed 02/23/22 USDC Colorado Page 2 of 3

### NOTICE TO GARNISHEE

a. This Writ applies to all nonexempt earnings owed or owing during the Effective Garnishment Period shown on Line 1a on the front of this Writ or until you have paid to the party, designated in paragraph "e" on the front of this Writ, the amount shown on Line 5 on the front of this Writ, whichever occurs first. However, if you have already been served with a Writ of Continuing Garnishment for Child Support, this new Writ is effective for the Effective Garnishment Period after any prior Writ terminates.
b. "EARNINGS" INCLUDES ALL FORMS OF COMPENSATION for personal services. Also read "Notice to Judgment Debtor" below.
c. In no case may you withhold any amount greater than the amount on Line 5 on the front of this Writ.

### QUESTIONS TO BE ANSWERED BY GARNISHEE

The following questions MUST be answered by you under oath:

a. On the date and time this Writ of Continuing Garnishment was served upon you, did you owe or do you anticipate owing any of the following to the Judgment debtor within the Effective Garnishment Period shown on Line 1a on the front of this Writ? (Mark appropriate box(es)):
  1. ☐ WAGES/SALARY/COMMISSIONS/BONUS/OTHER COMPENSATION FOR PERSONAL SERVICES (Earnings)
  2. ☐ Health, Accident or Disability Insurance Funds or Payments
  3. ☐ Pension or Retirement Benefits (for suites commenced prior to 5/1/91 ONLY - check front of Writ for date)
  If you marked any box above, indicate how the Judgment debtor is paid: ☐weekly ☐bi-weekly ☐semi-monthly ☐monthly ☐other
  The Judgment Debtor will be paid on the following dates during the Effective Garnishment Period shown on Line 1a (front of this Writ):

b. Are you under one or more of the following writs of garnishment? (Mark appropriate box(es)):
  4 ☐ Writ of Continuing Garnishment (Expected Termination Date:
  5 ☐ Writ of Garnishment for Support (Expected Termination Date:

c. If you marked Box 1 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either Box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s).

d. If you marked Box 2 or 3 and you did NOT mark either Box 4 or 5, complete the Calculation below for the "First Pay Period" following receipt of this Writ. If you marked either box 4 or 5, you must complete Calculations beginning with the first pay period following termination of the prior writ(s). However, there are a number of total exemptions, and you should seek legal advice about such exemptions. IF THE EARNINGS ARE TOTALLY EXEMPT, PLEASE MARK BOX 6 BELOW:
  ☐ THE EARNINGS ARE TOTALLY EXEMPT BECAUSE:

### CALCULATION OF THE AMOUNT OF EXEMPT EARNINGS (First Pay Period)

Gross Earnings for the First Pay Period from _____ thru _____ $_____

Less Deductions Required by Law (For Example, Withholding Taxes, FICA) - $_____

Disposable Earnings (Gross Earnings less Deductions) = $_____

Less Statutory Exemption (Use Exemption Chart Below) - $_____

Net Amount Subject to Garnishment = $_____

Less Wage/Income Assignment(s) During Pay Period (If Any) - $_____

AMOUNT TO BE WITHHELD AND PAID = $_____

| EXEMPTION CHART | PAY PERIOD | AMOUNT EXEMPT IS GREATER OF | |
|---|---|---|---|
| | Weekly | 30 x Federal Minimum Hourly Wage ($154.50) or 75% of Disposable Earnings | Amounts is parentheses based upon Federal Minimum Hourly Wage of $5.15. |
| | Bi-weekly | 60 x Federal Minimum Hourly Wage ($309.00) or 75% of Disposable Earnings | |
| | Semi-monthly | 65 x Federal Minimum Hourly Wage ($334.75) or 75% of Disposable Earnings | |
| | Monthly | 130 x Federal Minimum Hourly Wage ($669.50) or 75% of Disposable Earnings | |

I affirm that I am authorized to act for the Garnishee, the above answers are true and correct, and I have delivered a copy of this Writ, together with the Calculation of the Amount of Exempt Earnings and a blank Objection to Calculation of the Amount of Exempt Earnings form to the Judgment Debtor at the time earnings were paid for the "First Pay Period" (if earnings were paid).

Subscribed under oath before me on 4/7/2022

_[signature]_
Notary Public or Deputy Clerk

My Commission Expires: _____

Maria I DiCairano
Notary Public, State of New York
Registration #01DI4848135
Qualified In Westchester County
Commission Expires March 24, 2023

Name of Garnishee (Print): Rapid Park Holding Corporation
Address: 204 W. 101st St
New York, New York 10025-5007

Name of Person Answering (Print): Frank Rico

X _[signature]_
Signature of Person Answering (Print)

Page 2 of 3

**SAHN WARD BRAFF KOBLENZ PLLC**
ATTORNEYS AT LAW
THE OMNI
333 EARLE OVINGTON BOULEVARD
SUITE 601
UNIONDALE, NEW YORK 11553

MID-ISLAND NY 117
7 APR 2022
FIRST-CLASS



ZIP 11553
02 7H
0006017486
$ 000.53⁰
APR 07 2022
US POSTAGE™ PITNEY BOWES

80294-250151

Jeffrey P. Colwell, Clerk of the Court
United States District Court, District of Colorado
901 19th Street, Room A-105
Denver, Colorado 80294-3589